# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAMERON PARK,<br><br>                    Plaintiff,<br>    v.<br><br>ZUFFA, LLC, et al.,<br><br>                    Defendants. | Case No. 2:17-cv-02282-APG-VCF<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of plaintiff Cameron Park's response to the order to show cause (ECF No. 11),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied. I will not dismiss at this time. However, the plaintiff remains responsible for showing diversity jurisdiction actually exists before judgment is entered.

DATED THIS 26th day of September, 2017.

                                       ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE