# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

|  |  |
|---|---|
| CAMERON PARK, | |
| Plaintiff, | 2:17-cv-02282-APG-VCF |
| vs. | **ORDER** |
| ZUFFA, LLC, UFC HOLDINGS LLC, NEULION, INC., *et al.*, | |
| Defendants. | |

Before the Court is the Stipulation and Order to File Consolidated Amended Complaint (ECF No. 51).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to File Consolidated Amended Complaint (ECF No. 51) is scheduled for 11:00 AM, February 15, 2018, in Courtroom 3D.

DATED this 5th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE