1  J. Colby Williams
   Nevada Bar No. 5549
2  Philip R. Erwin
   Nevada Bar. No. 11563
3  CAMPBELL & WILLIAMS
4  700 South Seventh Street
   Las Vegas, Nevada 89101
5  Telephone: (702) 382-5222
   jcw@cwlawlv.com
6
7  Jeffrey S. Jacobson (*pro hac vice*)
   jjacobson@kelleydrye.com
8  101 Park Avenue
   New York, NY 10178
9
10 Attorneys for Defendant
   ZUFFA, LLC

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13  CAMERON PARK, JOSHUA RILEY,               Case No. 2:17-cv-02282-APG-VCF
    MICHAEL ADAMI, MEGAN DUNCAN,
14  BENITO ALICEA, JR., PHILLIP GARCIA,
    HASAN DAAS, BRAD GRIER, WESLEY
15  INMAN, MATT LeBOEUF, LLOYD                **JOINT STIPULATION TO EXTEND**
    TRUSHEL, MARK WHITE and DONGSHENG         **HEARING DATE ON PLAINTIFFS'**
16  LIU on behalf of themselves and all others **MOTION FOR PRELIMINARY**
    similarly situated,                       **APPROVAL OF PROPOSED CLASS**
17                                            **ACTION SETTLEMENT;**
                                              **CONDITIONAL CERTIFICATION OF**
18                  Plaintiffs,               **SETTLEMENT CLASS; APPROVAL**
                                              **OF CLASS NOTICE; AND**
19        v.                                  **APPOINTMENT OF CLASS COUNSEL**

20  ZUFFA, LLC, a Nevada Limited Liability
    Company (d/b/a "Ultimate Fighting         **(First Request)**
21  Championship" and "UFC"); and NEULION,
    INC., a Delaware Corporation,
22
23                  Defendants.
24
25
26
27
28

Pursuant to Local Rule 6-1, due to a scheduling conflict for Defendant Zuffa, LLC's counsel, the parties have agreed and hereby stipulate to rescheduling the hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement; Conditional Certification of Settlement Class; Approval of Class Notice; and Appointment of Class Counsel to February 22, 2018 at 3:00 p.m.

IT IS SO STIPULATED.

DATED: February 16, 2018     LIPSON NEILSON, P.C.

              */s/ David A. Markman*
              David A. Markman

              Attorneys for Plaintiffs

DATED: February 16, 2018     CAMPBELL & WILLIAMS

              */s/ Philip R. Erwin*
              J. Colby Williams
              Philip R. Erwin

              Attorneys for Defendants Zuffa, LLC and
              NeuLion, Inc.

              IT IS SO ORDERED:

              UNITED STATES DISTRICT JUDGE

              DATED:  2/20/2018

4816-3598-9085